

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-11-00472-CR

## IN RE JULIUS STEWART

---

## Original Proceeding

---

## MEMORANDUM  OPINION

---

The application (petition) for writ of mandamus is denied.[1]


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed January 11, 2012
Do not publish
[OT06]

---

[1] The application has numerous procedural deficiencies.  It lacks all of the requirements of Rule of Appellate Procedure 52.3 and, other than citation references to judicial recusal and disqualification, fails to inform the Court of the nature of the proceeding and the identity of the parties.  *See* TEX. R. APP. P. 52.3. It lacks a record.  *See id.* 52.3(k), 52.7(a).  It lacks proof of service on the Respondent(s) and the Real-Party-in-Interest, and it is not signed by the relator.  *See id.* 9.1, 9.5, 52.2.  Because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules.  *Id.* 2.